IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RUTH MARIE HAYNES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 18-cv-148-DWD |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. | |

## ORDER GRANTING PETITIONER'S UNOPPOSED
## PETITION FOR ATTORNEY FEE

**DUGAN, District Judge:**

This cause comes before the Court on Petitioner's Motion for attorney's fees (Doc. 32). Petitioner filed his petition for attorney's fees pursuant to § 206(b)(1) of the Social Security Act, 42 U.S.C. § 406(b)(1), on February 18, 2022. Defendant is not opposed to the fee (Doc. 36).

Accordingly, **IT IS ORDERED** that the relief requested in the petition seeking an attorney fee of $10,475.05 pursuant to the Social Security Act is **GRANTED** (Doc. 32). The Court **ORDERS** that payment by the Commissioner in the amount of $4,075.05, which represents the balance after the Equal Access to Justice ("EAJA") offset in amount of $6,400.00 is subtracted, be paid directly to attorney David Sutterfield. This

amount shall be in addition to the $800.50 of benefits previously paid to attorney David Sutterfield by the Social Security Commission.

**SO ORDERED.**

Dated: March 15, 2022

DAVID W. DUGAN
United States District Judge